# Notice of Appeal

## TO

## U.S. Court of Appeals, Third District

U.S. District Court for the District of Delaware

Appeals Court Case Number: _____

)
)
ALICIA ANDERSON )
(Plaintiff) )
 )  District Court C.A. No: __1:24-cv-00101__
V. )
 )  District Court Judge: __Jennifer L. Hall__
CANON SOLUTIONS )
AMERICA, INC. )
(Defendant) )

Notice is hereby given that ALICIA ANDERSON (PLAINTIFF) who proceeds pro se, appeals to the United State Court of Appeals for the Third Circuit from Final Judgement/Memorandum Order, and Other: Federal Rule of Civil Procedure 77(d) - Plaintiff did NOT receive notice because they are a pro se litigant who filed the impoverished form: In Forma Pauperis & because they are a poor, impoverished person. The Plaintiff has been given unfair & biased dismissal w/out notice b/c clearly the courts do NOT honor the Constitution on treating everyone equally. The Plaintiff is being held to rules unequally, but if the court does NOT send the Plaintiff notice, it appears unconstitutional in not being able to allow the poor justice. In Dressler v. Equifax, Inc., a pro se plaintiff was given several chances to amend her complaint and given fair opportunities to which she filed around four amended complaints. Because the Plaintiff is impoverished, the Plaintiff in this matter only received one chance at a complaint. The Plaintiff is a woman though Webb v. Bank of Am. Corp. et al (2023) a male received an opportunity to

1

amend the complaint a second time. But not limited to 28 U.S.C. § 1915(e)(2)(B)(ii) is VAGUE AND FALLS UNDER THE VAGUENESS DOCTRINE WHICH IS ALSO UNCONSTITUTIONAL AND ONLY BEING APPLIED TO POOR, impoverished people unequally to the RICH. ~~This~~ But not limited to this Rule makes sure that ALL pro se litigants who HAVE FILED THE POOR PERSON FORM: IN FORMA PAUPERIS FOR BEING impoverished (4 THE LAST FOUR DIGITS OF Their social & other identifying information leaving them even more vulnerable for but not limited to identity theft) WILL NEVER see JUSTICE. It makes the Plaintiff FEEL THAT THE JUSTICE SYSTEM IS A SCAM AND THAT JUSTICE is unequally KEPT FROM The POOR.

PRO SE LITIGANTS ARE TOLD THEY ARE HELD BY LESS STIGNANT TERMS YET STILL HELD AT A MASTERED COLLEGIATE LEVEL WHERE HOW TO ACTUALLY FILE A COMPLAINT IS BEING GATE KEPT FROM ALL PRO SE LITIGANS WHO especially FILE THE POOR PERSON FORM.

"SELF-REPRESENTED LITIGANTS AND THE PRO SE CRISIS" by Andrew Pei (https://publications.lawschool.cornell.edu/jlpp/2023/11/04/self-represented-litigants-and-the-pro-se-crisis/) shows a disproportional survey conducted from 1998 to 2017 that possibly only 3% won the final judgment = that around 97% or less of pro se Plaintiffs see justice.

IN September 2017, JUDGE RICHARD POSNER ABRUPTLY RESIGNED FROM THE SEVENTH CIRCUIT IN PART BECAUSE OF HIS DISAGREEMENT WITH HIS JUDICIAL COLLEAGUES OVER THE SEVENTH'S CIRCUITS treatment OF PRO SE LITIGANTS. IN PARTICULAR, POSNER thought the COURT WASN'T "treating THE PRO SE APPELLANTS FAIRLY," DIDN'T "like THE PRO SE'S," AND Generally DIDN'T "WANT TO DO ANYTHING with THEM."

2

(https://lawreview.uchicago.edu/print-archive/empirical-patterns-pro-se-litigation-federal-district-courts : Empirical Patterns of Pro Se Litigation in Federal District Courts)

PLAINTIFF WAS DENIED AN OPPORTUNITY TO AN EXTENSION TO AMENDING a 206 page + complaint GOING over SEVERAL ILLEGAL ACTIVITIES to which the PLAINTIFF WAS GIVEN AN UNEQUAL NOTICE WELL UNDER 14 DAYS AS AN IMPOVERISHED INDIVIDUAL TO AMEND THEE FIRST AMENDMENT, & AFTER HAVING TO COMBINE ILLEGAL ACTIVITIES FROM The CLOSED CASE DUE TO CLERICAL ERRORS ON STATING IT WAS IDENTICAL WHEN IT WAS NOT. - (PLAINTIFF FILED TWO DIFFERENT CIS THAT EXHIBITS THIS AS WELL AS LABELING the CLAIM incorrectly) The PLAINTIFF WAS DENIED A SECOND AMENDMENT. The JUDGE APPEARS TO DISPLAY BIAS IN THE PLAINTIFF'S COMPLAINT WHEN TAKING OUT FOR EXAMPLE BUT NOT LIMITED TO DISCRIMINATION OUT OF CONTEXT IN AN ATTEMPT TO DIMINISH THE COMPLAINTS OVERALL URGENCY. The Judge purposely omitted the Plaintiff's ex-co-worker touching the PLAINTIFF SEXUALLY, the PLAINTIFF REPORTING IT IN COMPLIANCE TO THE DEFENDANT'S HANDBOOK, The PLAINTIFF SENDING SEVERAL EMAILS OF EVIDENCE TO WHICH SHOWS THE DEFENDANT NOT PROPERLY INVESTIGATING, TAKING MEASURES TO CEASE The ILLEGAL ACTIVITIES, ETC. the PLAINTIFF recording her getting FIRED AFTER SENDING AN EMAIL TO The DEFENDANT ON REQUESTING THE LEGAL DEPARTMENT IN ACCORDANCE TO THE EMPLOYEE HANDBOOK, ETC.

The Plaintiff INCLUDED FROM THE FEDERAL PRO SE COMPLAINT FORM JURISDICTION AS OUTLINED ON THAT FORM, included PLAIN FACTS, CAUSE OF ACTION INCLUDING THE ELEMENTS & how the ELEMENTS were RELATABLE TO THE PLAINTIFF'S CLAIM, AS WELL AS, THE

3

RELIEF SOUGHT FOR SUCH DAMAGES FROM THE ILLEGAL ACTIVITIES. THIS ALONE SHOWS GOOD CAUSE FOR JUSTICE TO BE SERVED.

THE PLAINTIFF HAS WORKED DILIGENTLY IN TRYING TO SATISFYING THE COURT TO THE BEST OF THE PLAINTIFF'S ABILITY THOUGH THEY ARE NOT BEING HELD TO LESS STRINGENT TERMS.

WHY DOES JUSTICE ONLY APPEAR FOR THE RICH? IS THIS ALONE NOT CONSTITUTIONAL. WHERE EVERYONE IS NOT BEING TREATED EQUALLY. WHERE IS GOD'S LOVE? LOVE CLEARLY ONLY COMES FROM GOD. WHY DOES JUSTICE NOT LOVE THE POOR?

I DID NOT RECEIVE NOTICE NOR WAS GIVEN A FAIR CHANCE AS A POOR WOMAN WHO WAS NOT PRIVILEDGED TO HAVE GONE TO LAW SCHOOL FOR 4+ YEARS, BEING MENTORED BY ACCOMPLISHED LAWYERS, GIVEN THE ANSWERS ON HOW TO FILE A COMPLAINT CORRECTLY, ETC. WITHOUT BEING GATE KEPT FROM THE ANSWERS.

I AM BEING HELD TO VAGUE TERMS WHERE THE GATE KEPT ANSWER IS THE CORRECT ONE.

JUDGE ENTERED A SUPPOSED FINAL DISMISSAL ON OCT 9, 2025, WITH OR WITHOUT PREJUDICE -- THE PLAINTIFF DOES NOT KNOW, THE PLAINTIFF DID NOT RECEIVE NOTICE OR THE ORDER ITSELF, NO ONE CARES OR LOVES ME. ME. A POOR PERSON WHERE NOT EVEN THE COURTS WANT THEM TO SUCCEED.

DATE 11.10.25    24 SILVER LAKE DR. MIDDLETOWN, DE 19709 : ADDRESS

NAME: ALICIA ANDERSON _____ : SIGNATURE

4